UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lucille Alexander,
    Plaintiff,

v.

Equifax Information Services, LLC,
    Defendant.

Case No.: 7:24-cv-01894-KMK

## NOTICE OF VOLUNTARY DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC

Plaintiff hereby dismisses her claims against Equifax Information Services, LLC without prejudice and without costs or attorney's fees to either party.

Respectfully submitted,

Dated: November 1, 2024

By: /s/ Daniel Zemel
Daniel Zemel, Esq.
660 Broadway
Patterson, New Jersey 07514
Telephone: (862) 227-3106
Fax: (862) 204-5901
dz@zemellawllc.com
Attorney for Plaintiff

**Proof of Service**

I, Daniel Zemel, hereby state that on November 1, 2024, I served a copy of the foregoing document upon all parties and counsel as their addresses appear of record via this Court's CM/ECF system.

/s/ Daniel Zemel